# **PROOF OF INCOME**

Robert M. Bain

12-20713 JKF

CO.    FILE    DEPT.    CLOCK    VCHR. NO.    056
XWH    281283    724000    0000320001

# Earnings Statement

ADP

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

| | |
|---|---|
| Period Ending: | 08/06/2011 |
| Pay Date: | 08/12/2011 |

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:    2,$30 Additional Tax
PA:    N/A

**ROBERT BAIN**
**31 HANCOCK CAMP RD**
**PITTSBURGH, PA 15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 40.42 | 293.05 | 4,483.65 |
| Gross Pay | | | $293.05 | 4,483.65 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -30.00 | | 270.06 |
| | Social Security Tax | -12.30 | | 188.31 |
| | Medicare Tax | -4.25 | | 65.01 |
| | PA State Income Tax | -9.00 | | 137.65 |
| | PA SUI/SDI Tax | -0.24 | | 3.59 |
| | **Other** | | | |
| | Savings 1 | -237.26 | | |
| | **Net Pay** | | | **$0.00** |

Your federal taxable wages this period are $293.05

©1998, 2006. ADP, Inc., All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2003 ADP, Inc.

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

| | |
|---|---|
| Advice number: | 00000320001 |
| Pay date: | 08/12/2011 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROBERT BAIN | xxxxxx9274 | xxxx xxxx | $237.26 |

VOID AFTER 180 DAYS


PNC BANK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

CO.   FILE   DEPT   CLOCK   VCHR. NO.   058
XWU   004292  731000      0000340001

**Earnings Statement**  ADP

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

Period Ending:      08/20/2011
Pay Date:           08/26/2011

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:      2, $30 Additional Tax
PA:           N/A

**ROBERT BAIN**
**31 HANCOCK CAMP RD**
**PITTSBURGH, PA 15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.2500 | 41.06 | 297.69 | 4,781.34 |
| Gross Pay | | | **$297.69** | 4,781.34 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -30.00 | 300.06 |
| | Social Security Tax | -12.51 | 200.82 |
| | Medicare Tax | -4.32 | 69.33 |
| | PA State Income Tax | -9.14 | 146.79 |
| | PA SUI/SDI Tax | -0.24 | 3.83 |
| | Other | | |
| | Savings 1 | -241.48 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $297.69

© 1968, 2006. ADP, Inc. All Rights Reserved.

◄ TEAR HERE

©2006 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

Advice number:      00000340001
Pay date:           08/26/2011

**THIS IS NOT A CHECK**

Deposited to the account of          account number      transit ABA          amount
**ROBERT BAIN**                      xxxxxxx9274          xxxx xxxx            $241.48

VOID AFTER 180 DAYS

PNC BANK                                                **NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS A ... ... ... WATERMARK ON THE BACK ... HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

CO.    FILE    DEPT.    CLOCK   VCHR. NO.   056
XWH   001392  721000        0000360001    1

# Earnings Statement

**ADP**

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

| | |
|---|---|
| Period Ending: | 09/03/2011 |
| Pay Date: | 09/09/2011 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:         2,$30 Additional Tax
   PA:                N/A

**ROBERT BAIN**
**31 HANCOCK CAMP RD**
**PITTSBURGH, PA 15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 37.58 | 272.46 | 5,053.80 |
| **Gross Pay** | | | **$272.46** | 5,053.80 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.00 | 330.06 |
| | Social Security Tax | -11.44 | 212.26 |
| | Medicare Tax | -3.95 | 73.28 |
| | PA State Income Tax | -8.36 | 155.15 |
| | PA SUI/SDI Tax | -0.21 | 4.04 |
| | **Other** | | |
| | Savings 1 | -218.50 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $272.46

©1988, 2006  ADP, Inc.  All Rights Reserved.

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

| | |
|---|---|
| **Advice number:** | 00000360001 |
| Pay date: | 09/09/2011 |

**THIS IS NOT A CHECK**

Deposited to the account of
**ROBERT BAIN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx9274 | xxxx xxxx | $218.50 |

VOID AFTER 180 DAYS

**⊘ PNC BANK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. FILE DEPT. CLOCK VCHR. NO. 056
XWU 071032 321000 0000380001

**Earnings Statement**

**ADP**

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

| | |
|---|---|
| Period Ending: | 09/17/2011 |
| Pay Date: | 09/23/2011 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2,$30 Additional Tax
PA: N/A

**ROBERT BAIN**
**31 HANCOCK CAMP RD**
**PITTSBURGH, PA 15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 48.33 | 350.39 | 5,404.19 |
| **Gross Pay** | | | **$350.39** | 5,404.19 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.00 | 360.06 |
| | Social Security Tax | -14.72 | 226.98 |
| | Medicare Tax | -5.08 | 78.36 |
| | PA State Income Tax | -10.76 | 165.91 |
| | PA SUI/SDI Tax | -0.28 | 4.32 |
| | Other | | |
| | Savings 1 | -289.55 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $350.39

©1996 2006 ADP Inc. All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

| | |
|---|---|
| Advice number: | 00000380001 |
| Pay date: | 09/23/2011 |

THIS IS NOT A CHECK

Deposited to the account of
**ROBERT BAIN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx9274 | xxxx xxxx | $289.55 |

VOID AFTER 180 DAYS

**PNC BANK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO.    FILE    DEPT.    CLOCK    VCHR. NO.    056
XWU    001392   721000            0000400001    1

# Earnings Statement

**ADP**

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

Period Ending:    10/01/2011
Pay Date:    10/07/2011

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:    2, $30 Additional Tax
PA:    N/A

**ROBERT BAIN
31 HANCOCK CAMP RD
PITTSBURGH, PA 15238**

Social Security Number:  XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.2500 | 41.41 | 300.22 | 5,704.41 |
| **Gross Pay** | | | **$300.22** | 5,704.41 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -30.00 | 390.06 |
| | Social Security Tax | -12.61 | 239.59 |
| | Medicare Tax | -4.35 | 82.71 |
| | PA State Income Tax | -9.22 | 175.13 |
| | PA SUI/SDI Tax | -0.24 | 4.56 |
| | **Other** | | |
| | Savings 1 | -243.80 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $300.22

© 1998, 2006, ADP Inc. All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

Advice number:    00000400001
- Pay date:    10/07/2011

**THIS IS NOT A CHECK**

Deposited to the account of
**ROBERT BAIN**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxxx9274 | xxxx  xxxx | $243.80 |

VOID AFTER 180 DAYS

**⊘ PNC BANK**

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. FILE DEPT. CLOCK VCHR. NO. 056
XWU 001382 731000 0000420001

# Earnings Statement

**ADP**

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

Period Ending: 10/15/2011
Pay Date: 10/21/2011

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2, $30 Additional Tax
PA: N/A

**ROBERT BAIN
31 HANCOCK CAMP RD
PITTSBURGH, PA 15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.2500 | 42.25 | 306.31 | 6,010.72 |
| **Gross Pay** | | | **$306.31** | 6,010.72 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -30.00 | 420.06 |
| | Social Security Tax | -12.86 | 252.45 |
| | Medicare Tax | -4.45 | 87.16 |
| | PA State Income Tax | -9.40 | 184.53 |
| | PA SUI/SDI Tax | -0.25 | 4.81 |
| | **Other** | | |
| | Savings 1 | -249.35 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $306.31

© 1998, 2006, ADP, Inc. All Rights Reserved

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

Advice number: 00000420001
Pay date: 10/21/2011

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **ROBERT BAIN** | xxxxxxx9274 | xxxx xxxx | $249.35 |

VOID AFTER 180 DAYS

**PNC BANK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

CO.    FILE    DEPT    CLOCK    VCHR. NO.    056
XWU    801292    731000        0000440001

**Earnings Statement**    ADP

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

Period Ending:        10/29/2011
Pay Date:            11/04/2011

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:        2,$30 Additional Tax
PA:            N/A

**ROBERT BAIN
31 HANCOCK CAMP RD
PITTSBURGH, PA 15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.2500 | 43.15 | 312.84 | 6,323.56 |
| Gross Pay | | | **$312.84** | 6,323.56 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -30.00 | 450.06 |
| | Social Security Tax | -13.14 | 265.59 |
| | Medicare Tax | -4.53 | 91.69 |
| | PA State Income Tax | -9.60 | 194.13 |
| | PA SUI/SDI Tax | -0.25 | 5.06 |
| | **Other** | | |
| | Savings 1 | -255.32 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $312.84

1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

Advice number:        00000440001
Pay date:            11/04/2011



| Deposited to the account of | | account number | transit ABA | amount |
|------------------------------|---|----------------|-------------|--------|
| ROBERT BAIN | | xxxxxxx9274 | xxxx  xxxx | $255.32 |

VOID AFTER 180 DAYS

PNC BANK                **NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

CO.    FILE    DEPT.    CLOCK    VCHR. NO.    056
XWU    001392    721000    0000460001

# Earnings Statement



BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

Period Ending:    11/12/2011
Pay Date:    11/18/2011

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:    2,$30 Additional Tax
   PA:    N/A

**ROBERT BAIN**
**31 HANCOCK CAMP RD**
**PITTSBURGH, PA 15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 7.2500 | 47.09 | 341.40 | 6,664.96 |
| **Gross Pay** | | | **$341.40** | 6,664.96 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -30.00 | 480.06 |
| | Social Security Tax | -14.34 | 279.93 |
| | Medicare Tax | -4.95 | 96.64 |
| | PA State Income Tax | -10.48 | 204.61 |
| | PA SUI/SDI Tax | -0.27 | 5.33 |
| | **Other** | | |
| | Savings 1 | -281.36 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $341.40

1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2001 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BIO-TEST MEDICAL, INC.
P.O. BOX 5
ALLISON PARK, PA 15101

Advice number:    00000460001
Pay date:    11/18/2011

Deposited to the account of
**ROBERT BAIN**

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxxxx9274 | xxxx  xxxx | $281.36 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**◉ PNCBANK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS ... ... WATER MARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

CO.   FILE   DEPT.   CLOCK   VCHR. NO.   056
XWU  091282  721400         000052001

# Earnings Statement

ADP

BIO-TEST MEDICAL, INC.
3503 GIBSONIA RD
GIBSONIA, PA 15044
COMPANY PH #: 724-444-0933

Period Ending:      12/24/2011
Pay Date:           12/30/2011

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:    2,$30 Additional Tax
    PA:         N/A

ROBERT BAIN
31 HANCOCK CAMP RD
PITTSBURGH, PA 15238

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.2500 | 34.19 | 247.88 | 7,644.81 |
| **Gross Pay** | | | **$247.88** | 7,644.81 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -30.00 | 573.82 |
| | Social Security Tax | -10.41 | 321.08 |
| | Medicare Tax | -3.59 | 110.85 |
| | PA State Income Tax | -7.61 | 234.69 |
| | PA SUI/SDI Tax | -0.20 | 6.12 |
| | **Other** | | |
| | Savings 1 | -196.07 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $247.88

©1996, 2006, ADP, Inc. All Rights Reserved.

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2001 ADP, TF

BIO-TEST MEDICAL, INC.
3503 GIBSONIA RD
GIBSONIA, PA 15044
COMPANY PH #: 724-444-0933

Advice number:     00000520001
Pay date:          12/30/2011

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| ROBERT BAIN | xxxxxxx9274 | xxxx xxxx | $196.07 |

VOID AFTER 180 DAYS

 PNC BANK

NON-NEGOTIABLE

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO.     FILE     DEPT.     CLOCK VCHR. NO.    056
XWU   001309  731000        0000020001

# Earnings Statement

ADP

BIO-TEST MEDICAL, INC.
3503 GIBSONIA RD
GIBSONIA, PA 15044
COMPANY PH #: 724-444-0933

Period Ending:     01/07/2012
Pay Date:          01/13/2012

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:    2,$30 Additional Tax
  PA.         N/A

ROBERT BAIN
31 HANCOCK CAMP RD
PITTSBURGH, PA 15238

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 7.3500 | 53.26 | 391.46 | 391.46 |
| **Gross Pay** | | | **$391.46** | 391.46 |

**Important Notes**

YOUR HOURLY RATE HAS BEEN CHANGED FROM 7.2500 TO 7.3500.

EFFECTIVE THIS PAY PERIOD YOUR LOCALITY JURISDICTION HAS BEEN CHANGED.

EFFECTIVE THIS PAY PERIOD YOUR LOCAL TAX JURISDICTION HAS BEEN CHANGED.

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -31.64 | 31.64 |
| | Social Security Tax | -16.44 | 16.44 |
| | Medicare Tax | -5.68 | 5.68 |
| | PA State Income Tax | -12.02 | 12.02 |
| | Richland Twp Income Tax | -3.91 | 3.91 |
| | PA SUI/SDI Tax | -0.31 | 0.31 |
| | **Other** | | |
| | Savings 1 | -321.46 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $391.46

*1996, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2006 ADP, Inc.

DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BIO-TEST MEDICAL, INC.
3503 GIBSONIA RD
GIBSONIA, PA 15044
COMPANY PH #: 724-444-0933

Advice number:    00000020001
Pay date:         01/13/2012

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **ROBERT BAIN** | xxxxxxx9274 | xxxx xxxx | $321.46 |

VOID AFTER 180 DAYS

 PNC BANK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO.  FILE  DEPT.  CLOCK  VCHR. NO.  056
XWH  001392  721000  0000040001  0

**Earnings Statement**  ADP

BIO-TEST MEDICAL, INC.
3503 GIBSONIA RD
GIBSONIA, PA 15044
COMPANY PH #: 724-444-0933

Period Ending:  01/21/2012
Pay Date:  01/27/2012

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:  2,$30 Additional Tax
PA:  N/A

ROBERT BAIN
31 HANCOCK CAMP RD
PITTSBURGH, PA 15238

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.3500 | 41.45 | 304.66 | 696.12 |
| | **Gross Pay** | | **$304.66** | 696.12 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.00 | 61.64 |
| | Social Security Tax | -12.80 | 29.24 |
| | Medicare Tax | -4.41 | 10.09 |
| | PA State Income Tax | -9.35 | 21.37 |
| | Richland Twp Income Tax | -3.05 | 6.96 |
| | PA SUI/SDI Tax | -0.25 | 0.56 |
| | **Other** | | |
| | Savings 1 | -244.80 | |
| | **Net Pay** | | **$0.00** |

Your federal taxable wages this period are $304.66

© 1998, 2006, ADP, Inc. All Rights Reserved.

▲ TEAR HERE

© 2006 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



BIO-TEST MEDICAL, INC.
3503 GIBSONIA RD
GIBSONIA, PA 15044
COMPANY PH #: 724-444-0933

Advice number:  00000040001
Pay date:  01/27/2012

THIS IS NOT A CHECK

**Deposited to the account of** | account number | transit ABA | amount
**ROBERT BAIN** | xxxxxxx9274 | xxxx xxxx | $244.80

VOID AFTER 180 DAYS

 PNCBANK

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.  ■

CO.    FILE    DEPT.    CLOCK    VCHR. NO.    056
XWU    001392    721000         0000060001

**Earnings Statement**    ADP

BIO-TEST MEDICAL, INC.
3503 GIBSONIA RD
GIBSONIA, PA 15044
COMPANY PH #: 724-444-0933

Period Ending:    02/04/2012
Pay Date:    02/10/2012

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:    2, $30 Additional Tax
PA:    N/A

ROBERT BAIN
31 HANCOCK CAMP RD
PITTSBURGH, PA 15238

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.3500 | 40.46 | 297.38 | 993.50 |
| Gross Pay | | | $297.38 | 993.50 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -30.00 | 91.64 |
| | Social Security Tax | -12.49 | 41.73 |
| | Medicare Tax | -4.32 | 14.41 |
| | PA State Income Tax | -9.13 | 30.50 |
| | Richland Twp Income Tax | -2.97 | 9.93 |
| | PA SUI/SDI Tax | -0.23 | 0.79 |
| | **Other** | | |
| | Savings 1 | -238.24 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $297.38

© 1998, 2006, ADP, Inc. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BIO-TEST MEDICAL, INC.
3503 GIBSONIA RD
GIBSONIA, PA 15044
COMPANY PH #: 724-444-0933

Advice number:    00000060001
Pay date:    02/10/2012

Deposited to the account of
ROBERT BAIN

| | account number | transit ABA | amount |
|---|---------------|-------------|--------|
| | xxxxxxx9274 | xxxx xxxx | $238.24 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

PNC BANK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

CO FILU DEPT. CLOCK NUMBER 056
NO 061523 060640 0000028215

# Earnings Statement

**ADP**

BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, PA. 15120

Period Ending: 09/03/2011
Pay Date: 09/09/2011

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

ROBERT BAIN
31 HANCOCK CAMP ROAD
PITTSBURGH PA 15238

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 953.07 | | 953.07 | 17,655.26 |
| Gross Pay | | | $953.07 | 17,655.26 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Unway | | 90.00 |
| Vac Hrs Taken | | 128.00 |

| Deductions | | this period | year to date |
|------------|--|-------------|--------------|
| **Statutory** | | | |
| Federal Income Tax | | -87.17 | 1,600.49 |
| Social Security Tax | | -38.98 | 723.73 |
| Medicare Tax | | -13.46 | 249.86 |
| PA State Income Tax | | -28.49 | 528.94 |
| PA SUI/SDI Tax | | -0.76 | 14.12 |
| **Other** | | | |
| Lst Tax | | -2.00 | 36.00 |
| Medical | | -24.92* | 423.64 |
| Retire | | -15.00* | 270.00 |
| Unway | | -5.00 | 90.00 |
| **Net Pay** | | **$737.29** | |

* **Excluded from federal taxable wages**
Your federal taxable wages this period are $913.15

©1998 2005 ADP Inc All Rights Reserved.

© 2000 ADP, Inc

**Earnings Statement**

**ADP**

BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, PA. 15120

Period Ending:          09/17/2011
Pay Date:               09/23/2011

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:    1
   PA:         N/A

ROBERT BAIN
31 HANCOCK CAMP ROAD
PITTSBURGH PA 15238

Social Security Number:  XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 953.07 | | 953.07 | 18,608.33 |
| Gross Pay | | | $953.07 | 18,608.33 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Unway | | 95.00 |
| Vac Hrs Taken | | 128.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -87.17 | 1,687.66 |
| | Social Security Tax | -38.98 | 762.71 |
| | Medicare Tax | -13.46 | 263.32 |
| | PA State Income Tax | -28.49 | 557.43 |
| | PA SUI/SDI Tax | -0.77 | 14.89 |
| | **Other** | | |
| | Lst Tax | -2.00 | 38.00 |
| | Medical | -24.92* | 448.56 |
| | Retire | -15.00* | 285.00 |
| | Unway | -5.00 | 95.00 |
| | **Net Pay** | | **$737.28** |

  * **Excluded from federal taxable wages**
    Your federal taxable wages this period are $913.15

CO HE DEPT. CLOCK NUMBER 056
IYG 091023 060640 0000028355

# Earnings Statement



BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, PA. 15120

Period Ending:    10/01/2011
Pay Date:         10/07/2011

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:    1
    PA:         N/A

**ROBERT BAIN
31 HANCOCK CAMP ROAD
PITTSBURGH PA 15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 953.07 | | 953.07 | 19,561.40 |
| Gross Pay | | | $953.07 | 19,561.40 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Unway | | 100.00 |
| Vac Hrs Taken | | 128.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -87.17 | 1,774.83 |
| | Social Security Tax | -38.98 | 801.69 |
| | Medicare Tax | -13.45 | 276.77 |
| | PA State Income Tax | -28.49 | 585.92 |
| | PA SUI/SDI Tax | -0.76 | 15.65 |
| | **Other** | | |
| | Lst Tax | -2.00 | 40.00 |
| | Medical | -24.92* | 473.48 |
| | Retire | -15.00* | 300.00 |
| | Unway | -5.00 | 100.00 |
| | **Net Pay** | **$737.30** | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $913.15

©1998 2005 ADP Inc. All Rights Reserved

TFAR HFRF

© 2000 ADP, Inc.

CO FILE DEPT. CLOCK NUMBER 056
JYG 001023 060540 0000028293

# Earnings Statement

ADP

BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, PA. 15120

| | |
|---|---|
| Period Ending: | 10/31/2011 |
| Pay Date. | 11/01/2011 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

ROBERT BAIN
31 HANCOCK CAMP ROAD
PITTSBURGH PA 15238

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 953.07 | | 400.00 | 20,914.47 |
| Gross Pay | | | **$400.00** | 20,914.47 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.69 | 1,879.69 |
| | Social Security Tax | -16.80 | 857.47 |
| | Medicare Tax | -5.80 | 296.03 |
| | PA State Income Tax | -12.28 | 626.69 |
| | PA SUI/SDI Tax | -0.32 | 16.73 |
| | **Other** | | |
| | Lst Tax | | 42.00 |
| | Medical | | 498.40 |
| | Retire | | 315.00 |
| | Unway | | 105.00 |
| | **Net Pay** | | **$347.11** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Unway | | 105.00 |
| Vac Hrs Taken | | 128.00 |

Your federal taxable wages this period are $400.00

©1988 2006 ADP, Inc. All Rights Reserved.

TFAR HFRF

CO. FILE DEPT CLOCK NUMBER 056
IXG 091033 060640 0000028301 1

# Earnings Statement

**ADP**

BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, P.A. 15120

| | |
|---|---|
| Period Ending: | 10/29/2011 |
| Pay Date: | 11/04/2011 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   PA: N/A

**ROBERT BAIN**
**31 HANCOCK CAMP ROAD**
**PITTSBURGH PA 15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 953.07 | | 953.07 | 21,867.54 |
| Gross Pay | | | $953.07 | 21,867.54 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Unway | | 110.00 |
| Vac Hrs Taken | | 128.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -87.17 | 1,966.86 |
| | Social Security Tax | -38.99 | 896.46 |
| | Medicare Tax | -13.46 | 309.49 |
| | PA State Income Tax | -28.49 | 655.18 |
| | PA SUI/SDI Tax | -0.76 | 17.49 |
| | **Other** | | |
| | Lst Tax | -2.00 | 44.00 |
| | Medical | -24.92* | 523.32 |
| | Retire | -15.00* | 330.00 |
| | Unway | -5.00 | 110.00 |
| | **Net Pay** | **$737.28** | |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $913.15

©1998 2008 ADP Inc. All Rights Reserved

TEAR HERE

© 2008 ADP, Inc.

# Earnings Statement

| CO. | FILE | DEPT. | CLOCK NUMBER | |
|-----|------|-------|--------------|---|
| JYQ | 0O1023 | 060640 | 0000028319 | 1 | 056 |

**BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, PA 15120**

| Period Ending: | 11/12/2011 |
|---|---|
| Pay Date: | 11/18/2011 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  PA:  N/A

Social Security Number: XXX-XX-6012

**ROBERT BAIN
31 HANCOCK CAMP ROAD
PITTSBURGH PA 15238**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 953.07 | 8.00 | 953.07 | 22,820.61 |
| Vacation | | | | 22,820.61 |
| **Gross Pay** | | | **$953.07** | |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -87.17 | 2,054.03 |
| Social Security Tax | | -38.98 | 935.44 |
| Medicare Tax | | -13.46 | 322.95 |
| PA State Income Tax | | -28.49 | 683.67 |
| PA SUI/SDI Tax | | -0.77 | 18.26 |
| | | | |
| **Other** | | | |
| Lst Tax | | -2.00 | 46.00 |
| Medical | | -24.92* | 548.24 |
| Retire | | -15.00* | 345.00 |
| Unway | | -5.00 | 115.00 |
| **Net Pay** | | **$737.28** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Unway | | 115.00 |
| Vac Hrs Taken | | 136.00 |

* **Excluded from federal taxable wages**
Your federal taxable wages this period are $913.15

© 2000 ADP, Inc.

◄ TEAR HERE    ©1998, 2006, ADP, Inc. All Rights Reserved.

CO    FILE    DEPT    CLOCK    NUMBER    056
JYG    004023 060640    8000028238

# Earnings Statement

**ADP**

BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, PA. 15120

| | |
|---|---|
| Period Ending: | 11/26/2011 |
| Pay Date: | 12/02/2011 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        1
PA:              N/A

ROBERT BAIN
31 HANCOCK CAMP ROAD
PITTSBURGH PA 15238

Social Security Number:  XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 953.07 | | 953.07 | 23,773.68 |
| Gross Pay | | | $953.07 | 23,773.68 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -87.17 | 2,141.20 |
| Social Security Tax | | -38.98 | 974.42 |
| Medicare Tax | | -13.46 | 336.41 |
| PA State Income Tax | | -28.49 | 712.16 |
| PA SUI/SDI Tax | | -0.76 | 19.02 |
| **Other** | | | |
| Lst Tax | | -2.00 | 48.00 |
| Medical | | -24.92* | 573.16 |
| Retire | | -15.00* | 360.00 |
| Unway | | -5.00 | 120.00 |
| **Net Pay** | | | $737.29 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Unway | | 120.00 |
| Vac Hrs Taken | | 136.00 |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $913.15

©1998, 2006  ADP, Inc.  All Rights Reserved.

▼ TEAR HERE

© 1998, 2006  ADP, Inc. All Rights Reserved.

**Earnings Statement**

ADP

CO.   FILE   DEPT   CLOCK NUMBER   056
JYG   001023   056010   9-2   2028410

BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, PA. 15120

Period Ending:     12/10/2011
Pay Date:          12/16/2011

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:     1
  PA:          N/A

ROBERT BAIN
31 HANCOCK CAMP ROAD
PITTSBURGH PA  15238

Social Security Number:  XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 953.07 | | 953.07 | 24,726.75 |
| **Gross Pay** | | | **$953.07** | 24,726.75 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -87.17 | 2,228.37 |
| | Social Security Tax | -38.98 | 1,013.40 |
| | Medicare Tax | -13.46 | 349.87 |
| | PA State Income Tax | -28.49 | 740.65 |
| | PA SUI/SDI Tax | -0.76 | 19.78 |
| | **Other** | | |
| | Lst Tax | -2.00 | 50.00 |
| | Medical | -24.92* | 598.08 |
| | Retire | -15.00* | 375.00 |
| | Unway | -5.00 | 125.00 |
| **Net Pay** | | **$737.29** | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Unway | | 125.00 |
| Vac Hrs Taken | | 136.00 |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $913.15

© 1999 ADP, Inc.

▼ TEAR HERE

# Earnings Statement

**ADP**

BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, PA. 15120

| | |
|---|---|
| Period Ending: | 12/24/2011 |
| Pay Date: | 12/30/2011 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:           1
PA:              N/A

ROBERT BAIN
31 HANCOCK CAMP ROAD
PITTSBURGH PA 15238

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 953.07 | | 953.07 | 25,679.82 |
| Gross Pay | | | $953.07 | 25,679.82 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 29.70 | 29.70 |
| Unway | | 130.00 |
| Vac Hrs Taken | | 136.00 |
| Ytd Gtl | | 29.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -90.91 | 2,319.28 |
| | Social Security Tax | -41.28 | 1,054.68 |
| | Medicare Tax | -14.25 | 364.12 |
| | PA State Income Tax | -29.26 | 769.91 |
| | PA SUI/SDI Tax | -0.76 | 20.54 |
| | **Other** | | |
| | Lst Tax | -2.00 | 52.00 |
| | Retire | -15.00* | 390.00 |
| | Unway | -5.00 | 130.00 |
| | Medical | | 598.08 |
| | **Net Pay** | | **$754.61** |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $938.07

©1998, 2006 ADP, Inc. All Rights Reserved

▲ TEAR HERE

CO    FILE    DEPT    CLOCK NUMBER    056
JYG  001023  060640          0000028398

# Earnings Statement

**ADP**

BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, P.A. 15120

Period Ending:     01/07/2012
Pay Date:          01/13/2012

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:      1
  PA:           N/A

**ROBERT BAIN**
**31 HANCOCK CAMP ROAD**
**PITTSBURGH PA 15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 953.07 | | 953.07 | 953.07 |
| Personal | | 8.00 | | |
| **Gross Pay** | | | **$953.07** | 953.07 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Per Hrs Taken | | 8.00 |
| Unway | | 5.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -85.91 | 85.91 |
| | Social Security Tax | -38.98 | 38.98 |
| | Medicare Tax | -13.46 | 13.46 |
| | PA State Income Tax | -28.49 | 28.49 |
| | Harmar Twp Income Tax | -9.28 | 9.28 |
| | PA SUI/SDI Tax | -0.76 | 0.76 |
| | **Other** | | |
| | Lst Tax | -2.00 | 2.00 |
| | Medical | -24.92* | 24.92 |
| | Retire | -15.00* | 15.00 |
| | Unway | -5.00 | 5.00 |
| | **Net Pay** | | **$729.27** |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $913.15

©1998, 2006, ADP, Inc. All Rights Reserved.

TFAR HFRF

© 2000 ADP, Inc.

CO. FILE DEPT. CLOCK NUMBER 056
JVG 001023 060640 0000028416

**Earnings Statement**

ADP

BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, PA. 15120

Period Ending: 01/21/2012
Pay Date: 01/27/2012

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

ROBERT BAIN
31 HANCOCK CAMP ROAD
PITTSBURGH PA 15238

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 953.07 | | 953.07 | 1,906.14 |
| Gross Pay | | | $953.07 | 1,906.14 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Per Hrs Taken | | 8.00 |
| Unway | | 10.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -85.91 | 171.82 |
| | Social Security Tax | -38.98 | 77.96 |
| | Medicare Tax | -13.46 | 26.92 |
| | PA State Income Tax | -28.49 | 56.98 |
| | Harmar Twp Income Tax | -9.28 | 18.56 |
| | PA SUI/SDI Tax | -0.76 | 1.52 |
| | **Other** | | |
| | Lst Tax | -2.00 | 4.00 |
| | Medical | -24.92* | 49.84 |
| | Retire | -15.00* | 30.00 |
| | Unway | -5.00 | 10.00 |
| | **Net Pay** | | **$729.27** |

**\* Excluded from federal taxable wages**
    Your federal taxable wages this period are $913.15

© 1998 2006 ADP Inc. All Rights Reserved

© 2009 ADP, Inc.

TFAR HERE

CO.    FILE    DEPT.   CLOCK NUMBER    068
JYG   001023  060640        0000028435   1

# Earnings Statement

ADP

BLIND AND VISION REHABILITATION
SERVICES OF PITTSBURGH
1800 WEST STREET
HOMESTEAD, PA. 15120

Period Ending:      02/04/2012
Pay Date.           02/10/2012

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:      1
   PA:          N/A

**ROBERT BAIN**
**31 HANCOCK CAMP ROAD**
**PITTSBURGH PA  15238**

Social Security Number: XXX-XX-6012

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 953.07 | | 953.07 | 2,859.21 |
| Vacation | | 8.00 | | |
| **Gross Pay** | | | **$953.07** | 2,859.21 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Per Hrs Taken | | 8.00 |
| Unway | | 15.00 |
| Vac Hrs Taken | | 8.00 |

| Deductions | Statutory | | |
|------------|-----------|-----|-----|
| | Federal Income Tax | -85.91 | 257.73 |
| | Social Security Tax | -38.99 | 116.95 |
| | Medicare Tax | -13.45 | 40.37 |
| | PA State Income Tax | -28.49 | 85.47 |
| | Harmar Twp Income Tax | -9.28 | 27.84 |
| | PA SUI/SDI Tax | -0.77 | 2.29 |
| | **Other** | | |
| | Lst Tax | -2.00 | 6.00 |
| | Medical | -24.92* | 74.76 |
| | Retire | -15.00* | 45.00 |
| | Unway | -5.00 | 15.00 |
| | **Net Pay** | | **$729.26** |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $913.15

©1998, 2005, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc.