SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

2. Case Administrator

FROM:  Financial Administrator

UC

DATE: 11/12/2013

CASE NAME: Bain

CASE NUMBER: 12-20713-GLT

---

Check Number 865574 in the amount of $ 12,587.35 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 7428            Intake Clerk's Initials  LF

---

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
11/07/2013

| | | |
|---|---|---|
| John J. Horner, Esquire | OR | John J. Horner, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: ROBERT M. BAIN

Case No: 1220713

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following debtor(s). The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Robert M. Bain
31 Hancock Camp Rd
Pittsburgh, PA 15238

CHECK NUMBER 865574    AMOUNT $12587.35

The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: JULIE FRAZEE STEIDL ESQ**
ROBERT M. BAIN